AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES DALE REED<br><br>Defendant(s) | )<br>)<br>) Case No. 1:20-mj-2666 TMD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 4, 2020  in the county of  Frederick  in the
_____  District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 879 | Threats Against a Major Candidate for President and Vice-President |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Emily Zagone
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/21/2020

_____
Judge's signature

City and state: Baltimore, MD

Hon. Thomas M. DiGirolamo
Printed name and title

Print   Save As...   Attach   Reset